|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE COSIO,  )
        Petitioner,  )  No. C 05-1966 CRB (PR)
  vs.  )  ORDER
A. P. KANE, Acting Warden,  )  (Doc # 4)
        Respondent.  )

      Good cause appearing, petitioner's motion (doc # 4) for an extension of time to file a traverse is GRANTED.  Petitioner may file a traverse by no later than February 10, 2006.

      No further extensions of time will be granted.

SO ORDERED.

DATED: Jan.12, 2006

CHARLES R. BREYER
United States District Judge