IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE COSIO,              )<br>                                           )<br>           Petitioner,           )<br>                                           )<br>   vs.                                 )<br>                                           )<br>A. P. KANE, Warden,      )<br>                                           )<br>           Respondent.       )<br>_____) | No. C 05-1966 CRB (PR)<br><br>ORDER<br><br>(Doc # 9) |

Petitioner has filed a notice of appeal and request for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b), following the court's February 12, 2007 order denying on the merits his petition for a writ of habeas corpus.

A COA (doc # 9) is denied as unnecessary. The Ninth Circuit has made clear that a state prisoner challenging a parole board's administrative decision to deny his request for parole need not obtain a COA. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005).

The clerk shall process the appeal.

SO ORDERED.

DATED:  March 15, 2007

CHARLES R. BREYER
United States District Judge