# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 18, 2010

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: George Cosio
        v. Randy Grounds, Warden
        No. 10-6025
        (Your No. 07-15474)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied. Justice Breyer took no part in the consideration or decision of this petition.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk